**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN GERBA,                   )

)    Federal Court No. _____

)

        Plaintiff,          )    Circuit Court No. 2017-CH-11886

)

      v.                  )    NOTICE OF REMOVAL

)    (28 U.S.C. § 1446)

)

NATIONAL HELLENIC MUSEUM,    )

)

       Defendant.      )

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant, National Hellenic Museum ("Defendant"), by and through its attorneys, hereby gives notice of removal of a civil action, Case No. 2017-CH-11886, from the Circuit Court of Cook County, Illinois, Chancery Division, to this United States District Court for the Northern District of Illinois, Eastern Division. Removal of this action is proper under 28 U.S.C. §§ 1441, 1446 and 1332(a), for the reasons set forth below. In support of its Notice of Removal, Defendant states as follows:

**BACKGROUND FACTS AND PROCEDURAL STATUS**

1. On August 30, 2017, Plaintiff, John Gerba ("Plaintiff"), filed a civil action and jury demand against Defendant captioned JOHN GERBA v. NATIONAL HELLENIC MUSEUM, Case No. 2017-CH-11886, in the Circuit Court of Cook County, Illinois, Chancery Division. Attached hereto as **Exhibit A** is a copy of the Complaint.

2. Defendant was served with the Summons and Complaint on September 8, 2017. The responsive pleading is due on October 9, 2017. However, after the removal of this action,

the responsive pleading will be due on October 13, 2017. Defendant has not yet answered the Complaint, and no other proceedings have occurred in the action.

3.      The United States District Court for the Northern District of Illinois, Eastern Division embraces Cook County, Illinois.

**CITIZENSHIP OF THE PARTIES AND
BASIS FOR REMOVAL AND JURISDICTION**

4.      This matter is removable on the grounds of diversity under 28 U.S.C. §1332(a)(1) in that the matter in controversy is between citizens of different States and exceeds the sum or value of $75,000, exclusive of interest and costs.

5.      First, there is complete diversity of citizenship among the parties for purposes of federal jurisdiction under 28 U.S.C. § 1332. Specifically, Plaintiff is a citizen of the State of Indiana and resides in Whiting, Indiana. (Plaintiff's Complaint (hereafter "Cmplt."), **Exhibit A**, ¶ 6) Defendant is a not-for-profit corporation that is incorporated in Illinois. *See* **Exhibit B**, Illinois Secretary of State document setting forth Defendant's principal place of business as Chicago, Illinois.[1]  Defendant's principal place of business is at 333 South Halsted Street in Chicago, Illinois, 60661. (**Exhibit B**; *see also* Cmplt., ¶ 7) Therefore, Defendant is a citizen of Illinois. 28 U.S.C § 1332(c)(1).

6.      Second, the amount in controversy exceeds $75,000, exclusive of interest and costs, based on the allegations and relief sought in the Complaint. The Complaint alleges, among other things, that Plaintiff was employed by Defendant as the Director of Finance and subsequently the Vice President of Finance and Operations. (Cmplt., ¶ 7) According to the Complaint, Plaintiff earned approximately $125,000 per year while he was employed by Defendant. (Cmplt., ¶ 10) The Complaint alleges three causes of action: (1) retaliation under the

---

[1] The Court may take judicial notice of matters of public record. *Purnell v. McCarthy et al.*, No. 14 C 2530, 2017 WL 478301, *1 (N.D. Ill. Feb. 6, 2017) (Pallmeyer, J.).

Illinois Whistleblower Act, 740 ILCS 174/15; (2) common law retaliatory discharge under Illinois law; and (3) defamation *per se* under Illinois common law.  *See* **Exhibit A**.

7.      The relief sought in the Complaint includes, but is not limited to, back pay with interest, past lost wages and future loss of earnings, loss of past and future fringe benefits, damages for past and future pain and suffering, damages for emotional trauma, incidental and consequential damages, punitive damages, "compensation for any damages sustained as a result of" the alleged violation of the Illinois Whistleblower Act, litigation costs, expert witness fees and attorneys' fees.  (Cmplt., ¶¶ 40-42, 50 and the unnumbered paragraph immediately following ¶ 57)  Accordingly, upon information and belief, based on the nature of the injuries alleged and Plaintiff's claims, the amount in controversy exceeds the sum of $75,000.00.

## THE REMOVAL IS PROCEDURALLY PROPER

8.      This Notice of Removal is timely under 28 U.S.C. § 1446(a) and (b) because it is filed within thirty (30) days after receipt by Defendant of the Complaint and Summons, which were received by Defendant on September 8, 2017.

9.      Defendant has filed this Notice of Removal in the proper Division of this Court under 28 U.S.C. § 1441(a), as Cook County, Illinois is within the venue of the U.S. District Court for the Northern District of Illinois, Eastern Division.

10.     Defendant's counsel will serve a written Notice of Filing of the Notice of Removal on Plaintiff's counsel and a written Notice of Removal to the Circuit Court, as required by 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal.

## **RESERVATION OF RIGHTS/DENIAL OF LIABILITY**

11.     Nothing in this Notice of Removal is intended or should be construed as any type of express or implied admission by Defendant of any fact alleged by Plaintiff, of the validity or merits of any of Plaintiff's allegations, or of any liability for the same, each of which are hereby expressly denied, or as any type of express or implied waiver or limitation of any of Defendant's rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved.  Further, by filing this Notice of Removal, Defendant does not intend to waive, and hereby reserves, any objection as to service, personal jurisdiction, and all other procedural and substantive defenses which are available to it.

WHEREFORE, Defendant, National Hellenic Museum, respectfully requests that the above-captioned action now pending in Circuit Court Cook County, Illinois, Chancery Division, be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated:  October 6, 2017

Respectfully Submitted,

NATIONAL HELLENIC MUSEUM

By: /s/Matthew P. Kellam
        One of Its Attorneys

Heather Becker (6280584)
Matthew P. Kellam (6303675)
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois  60654
Phone: (312) 467-9800
hbecker@lanermuchin.com
mkellam@lanermuchin.com

4

## CERTIFICATE OF SERVICE

Matthew P. Kellam, an attorney, hereby certifies that he caused the foregoing **Notice of Removal** in the above-captioned matter to be served on the parties below, via U.S. Mail and e-Mail, on this 6th day of October, 2017, addressed to:

> Ryan F. Stephan
> Stephan Zouras, LLP
> 205 N. Michigan Avenue, Suite 2560
> Chicago, Illinois 60601
>
> /s/Matthew P. Kellam

5